FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30318 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00143-RFC |
| v. | |
| NATHANIEL JAY REED, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Chief Judge Richard F. Cebull Presiding

Submitted May 25, 2010 [**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Nathaniel Jay Reed appeals from his 151-month sentence of imprisonment

and lifetime term of supervised release for aggravated sexual abuse, in violation of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

18 U.S.C. § 1153(a); 18 U.S.C. § 2241(a)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

The record indicates that the district court's imposition of a lifetime term of supervised release was animated in part by a misreading of the sentencing Guidelines in the Presentence Investigation Report.  *See* U.S.S.G. § 5D1.2(b) (policy statement).  The Government concedes this procedural error.  Though neither party alerted the district court to this misreading, it affected Reed's substantial rights.  *See United States v. Waknine*, 543 F.3d 546, 554-555 (9th Cir. 2008).  Accordingly, we remand for resentencing.

**VACATED and REMANDED.**